# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:13-CV-00652-ACK-RLP |
| CASE NAME: | Kathleen Soule v Hilton Worldwide, Inc. Et al |
| ATTYS FOR PLA: | Brandee J.K. Faria<br>Jeffrey Kaliel<br>Bridget Gallagher Morgan |
| ATTYS FOR DEFT: | Angela C. Agrusa<br>Rex Y. Fujichaku |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Anne Matsumoto |
| DATE: | 08/17/2015 | TIME: | 10:00 - 10:15 |

COURT ACTION: EP:  1. FINAL FAIRNESS HEARING;

2. PLAINTIFFS MOTION FOR SETTLEMENT FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [ECF NO. 70]

3. PLAINTIFFS UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEE AWARD, EXPENSE REIMBURSEMENT AND INCENTIVE AWARD [ECF NO. 71]

4. PLAINTIFFS AMENDED UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEE AWARD, EXPENSE REIMBURSEMENT AND INCENTIVE AWARD [ECF NO. 75] hearing held 08/17/2015

Arguments heard.

Plaintiffs Motion for Settlement for Final Approval of Class Action Settlement [ECF No. 70] is GRANTED.

Plaintiffs Unopposed Motion for Approval of Attorneys' Fee Award, Expense Reimbursement and Incentive Award [ECF No. 71] is GRANTED.

Plaintiffs Amended Unopposed Motion for Approval of Attorneys' Fee Award, Expense Reimbursement and Incentive Award [ECF No. 75] is GRANTED.

Court to prepare a written order.

*Submitted by: Bernie Aurio, Courtroom Manager*